■ In the Matter of ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of CINDY MARSH, Formerly Known as CINDY MORGAN, Respondent, v DAVID YEOMANS, Appellant. (Appeal No. 2.) [858 NYS2d 620]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered January 24, 2007 in a proceeding pursuant to Family Court Act article 4. The order, among other things, confirmed the determination of the Support Magistrate that respondent had willfully failed to pay child support.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Sacco v Profit*, 133 AD2d 535 [1987]). Present—Scudder, P.J., Martoche, Green, Pine and Gorski, JJ.